UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12 B 4931 |
| | ) | |
| CLC INDUSTRIES, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW
AWARDING TO FOX, SWIBEL, LEVIN & CARROLL, LLP, SPECIAL COUNSEL FOR
CHAPTER 7 TRUSTEE, ALLOWANCE AND PAYMENT OF FIRST AND FINAL
APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
[EOD # 90]

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 68,888.00 | TOTAL COSTS REQUESTED: | $ 8,547.01 |
| TOTAL FEES REDUCED: | $ 111.00 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 68,777.00 | TOTAL COSTS ALLOWED: | $ 8,547.01 |

**TOTAL FEES AND COSTS ALLOWED: $ 77,324.01**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(8)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

IT IS SO ORDERED.

ENTERED:

Date: NOV 21 2013

PAMELA S. HOLLIS
United States Bankruptcy Judge

GINA KROL, AS CH7 TRUSTEE- CLC
CLC INDUSTRIES

Page 2

| Date | ID | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Drafted letter to E. Gates re request for financial disclosures from T. Halperin (.5). | | | |
| 04/09/2013 | ADB | Review letter to E. Bates. | 0.10 hrs @ | 185 /hr | 18.50 |
| 04/10/2013 | ADB | Draft letter to G. Kroll encl. check from Met Life. | 0.20 hrs @ | 185 /hr | 37.00 |
| 04/16/2013 | RTS | Various emails to opposing counsel and Zurich re: T. Halperin financial disclosures. | 0.10 hrs @ | 335 /hr | 33.50 |
| 04/23/2013 | MMA | Read R. Schultz email to G. Krol re: T. Halperin's financial disclosures. | 0.10 hrs @ | 495 /hr | 49.50 |
| 04/23/2013 | RTS | Emails to G. Krol and E. Bates re case status (.1); reviewed and revised draft non-disclosure agreement from T. Halperin (.5). | 0.60 hrs @ | 335 /hr | 201.00 |
| 04/24/2013 | MMA | Reviewed Non-Disclosure Agreement (.2); email R. Schultz re: same (.1). | 0.30 hrs @ | 495 /hr | 148.50 |
| 04/26/2013 | MMA | Brief review of financial statement provided by T. Halperin. | 0.20 hrs @ | 495 /hr | 99.00 |
| 04/26/2013 | RTS | Reviewed financial disclosures from T. Halperin. | 0.50 hrs @ | 335 /hr | 167.50 |
| 04/26/2013 | ADB | Download and print discovery docs. from T. Halprin. ⓑ *(-$111.00)* | 0.60 hrs @ | 185 /hr | 111.00 |
| 04/29/2013 | MMA | Conference R. Schultz re: T. Halperin's financial disclosures. | 0.20 hrs @ | 495 /hr | 99.00 |
| 04/29/2013 | RTS | Reviewed financial disclosures from T. Halperin. | 3.50 hrs @ | 335 /hr | 1,172.50 |
| 04/30/2013 | RTS | TC with S. Whitmer re: T. Halperin disclosures and settlement status. | 0.20 hrs @ | 335 /hr | 67.00 |

Total Professional Services: $4,553.00

| ID | Timekeeper Name | Hours | Total Fees |
|---|---|---|---|
| ADB | Bouse, Anabelle D | 0.90 | $166.50 |
| MMA | Anderson, Margaret M | 2.50 | $1,237.50 |
| RTS | Schultz, Ryan T | 9.40 | $3,149.00 |