UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
CLC INDUSTRIES, INC                 §      Case No. 12-04931 PSH
                                    §
            Debtor(s)               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
        . The case was converted to one under Chapter 7 on              . The
undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/GINA B. KROL_____
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

Case 12-04931   Doc 92   Filed 06/05/14   Entered 06/05/14 09:36:49   Desc Main
Document      Page 3 of 13

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 12-04931 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CLC INDUSTRIES, INC | | | Date Filed (f) or Converted (c): | 04/10/12 (c) |
| | | | | 341(a) Meeting Date: | 05/09/12 |
| For Period Ending: 05/15/14 | | | | Claims Bar Date: | 09/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 6,742.00 | 0.00 | | 6,742.00 | FA |
| 2. FINANCIAL ACCOUNTS | 42,776.00 | 0.00 | | 42,092.52 | FA |
| 3. SECURITY DEPOSITS | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. INSURANCE POLICIES | 0.00 | 0.00 | | 3,760.71 | FA |
| 5. ACCOUNTS RECEIVABLE | 5,510.00 | 0.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE | 13,849.00 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE | 1,908.00 | 0.00 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE | 7,356.00 | 0.00 | | 0.00 | FA |
| 9. ACCOUNTS RECEIVABLE | 2,218.00 | 0.00 | | 0.00 | FA |
| 10. ACCOUNTS RECEIVABLE | 1,201.66 | 0.00 | | 0.00 | FA |
| 11. ACCOUNTS RECEIVABLE | 3,069.00 | 0.00 | | 0.00 | FA |
| 12. ACCOUNTS RECEIVABLE | 950.00 | 0.00 | | 0.00 | FA |
| 13. ACCOUNTS RECEIVABLE | 7,428.56 | 0.00 | | 0.00 | FA |
| 14. ACCOUNTS RECEIVABLE | 95.00 | 0.00 | | 0.00 | FA |
| 15. ACCOUNTS RECEIVABLE | 174.00 | 0.00 | | 0.00 | FA |
| 16. ACCOUNTS RECEIVABLE | 1,162.00 | 0.00 | | 0.00 | FA |
| 17. ACCOUNTS RECEIVABLE | 1,246.00 | 0.00 | | 0.00 | FA |
| 18. ACCOUNTS RECEIVABLE | 210.00 | 0.00 | | 0.00 | FA |
| 19. ACCOUNTS RECEIVABLE | 4,668.00 | 0.00 | | 0.00 | FA |
| 20. ACCOUNTS RECEIVABLE | 150.00 | 0.00 | | 0.00 | FA |
| 21. ACCOUNTS RECEIVABLE | 1,077.00 | 0.00 | | 0.00 | FA |
| 22. ACCOUNTS RECEIVABLE | 304.00 | 0.00 | | 0.00 | FA |
| 23. ACCOUNTS RECEIVABLE | 2,188.00 | 0.00 | | 0.00 | FA |
| 24. ACCOUNTS RECEIVABLE | 99,302.00 | 0.00 | | 0.00 | FA |
| 25. ACCOUNTS RECEIVABLE | 42,557.00 | 0.00 | | 0.00 | FA |
| 26. ACCOUNTS RECEIVABLE | 4,246.00 | 0.00 | | 0.00 | FA |
| 27. ACCOUNTS RECEIVABLE | 3,277.00 | 0.00 | | 0.00 | FA |
| 28. ACCOUNTS RECEIVABLE | 2,037.00 | 0.00 | | 0.00 | FA |

**FORM 1**

Case 12-04931  Doc 92  Filed 06/05/14  Entered 06/05/14 09:36:49  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document  Page 4 of 13
ASSET CASES

Page: 2

Exhibit A

| Case No: | 12-04931 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CLC INDUSTRIES, INC | | | Date Filed (f) or Converted (c): | 04/10/12 (c) |
| | | | | 341(a) Meeting Date: | 05/09/12 |
| | | | | Claims Bar Date: | 09/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29. ACCOUNTS RECEIVABLE | 23,440.00 | 0.00 | | 0.00 | FA |
| 30. ACCOUNTS RECEIVABLE | 32,143.00 | 0.00 | | 0.00 | FA |
| 31. ACCOUNTS RECEIVABLE | 30,193.00 | 0.00 | | 0.00 | FA |
| 32. ACCOUNTS RECEIVABLE | 4,171.00 | 0.00 | | 0.00 | FA |
| 33. ACCOUNTS RECEIVABLE | 610.00 | 0.00 | | 0.00 | FA |
| 34. ACCOUNTS RECEIVABLE | 1,455.00 | 0.00 | | 0.00 | FA |
| 35. ACCOUNTS RECEIVABLE | 80,928.00 | 0.00 | | 0.00 | FA |
| 36. ACCOUNTS RECEIVABLE | 625.00 | 0.00 | | 0.00 | FA |
| 37. ACCOUNTS RECEIVABLE | 5,458.00 | 0.00 | | 0.00 | FA |
| 38. ACCOUNTS RECEIVABLE | 191.00 | 0.00 | | 0.00 | FA |
| 39. ACCOUNTS RECEIVABLE | 1,206.00 | 0.00 | | 0.00 | FA |
| 40. ACCOUNTS RECEIVABLE | 1,759.00 | 0.00 | | 0.00 | FA |
| 41. ACCOUNTS RECEIVABLE | 680.00 | 0.00 | | 0.00 | FA |
| 42. ACCOUNTS RECEIVABLE | 507.00 | 0.00 | | 0.00 | FA |
| 43. ACCOUNTS RECEIVABLE | 647.00 | 0.00 | | 0.00 | FA |
| 44. ACCOUNTS RECEIVABLE | 1,859.00 | 0.00 | | 0.00 | FA |
| 45. ACCOUNTS RECEIVABLE | 150.00 | 0.00 | | 0.00 | FA |
| 46. ACCOUNTS RECEIVABLE | 2,266.00 | 0.00 | | 0.00 | FA |
| 47. CONTINGENT CLAIMS | 1,317.00 | 0.00 | | 0.00 | FA |
| 48. CONTINGENT CLAIMS | 100,000.00 | 0.00 | | 0.00 | FA |
| Chubb claim was settled as part of the Morroisroe claim | | | | | |
| 49. Claim against former attorney (u) | 0.00 | 95,000.00 | | 95,000.00 | FA |
| 50. Claims against former insiders (u) | 0.00 | 175,000.00 | | 175,000.00 | FA |
| 51. Life Insurance (u) | 6,131.18 | 6,131.18 | | 6,131.18 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.06 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $561,437.40 | $276,131.18 | | $328,727.47 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*

LFORM1

Ver: 17.05d

| | | |
|---|---|---|
| Case No: | 12-04931  PSH  Judge: PAMELA S. HOLLIS | Trustee Name: GINA B. KROL |
| Case Name: | CLC INDUSTRIES, INC | Date Filed (f) or Converted (c): 04/10/12 (c) |
| | | 341(a) Meeting Date: 05/09/12 |
| | | Claims Bar Date: 09/06/12 |

Exhibit A

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has retained special counsel to pursue possible insurance claims as well as to review pre petition transfers.

October 16, 2013, 05:11 pm

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/14

　　/s/    GINA B. KROL
_____ Date: 05/15/14
　　GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

LFORM1                                                                                                    Ver: 17.05d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-04931 -PSH | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CLC INDUSTRIES, INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0576 Checking Account |
| Taxpayer ID No: | *******7480 | | |
| For Period Ending: | 05/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 48,423.65 | | 48,423.65 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.85 | 48,393.80 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.84 | 48,362.96 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.82 | 48,333.14 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.79 | 48,302.35 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.80 | 48,230.55 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 41.80 | 48,188.75 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.75 | 48,124.00 |
| 03/21/13 | 49 | Michael Morrisroe Ltd. | Claim against attorney | 1249-000 | 95,000.00 | | 143,124.00 |
| | | 114 S. Bloomingdale Rd. | | | | | |
| | | Bloomingdale, IL 60108 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.65 | 143,002.35 |
| 04/16/13 | 4 | METLIFE | | 1129-000 | 3,760.71 | | 146,763.06 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 208.42 | 146,554.64 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 217.88 | 146,336.76 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 210.55 | 146,126.21 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 217.26 | 145,908.95 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 216.93 | 145,692.02 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 209.64 | 145,482.38 |
| 10/21/13 | 51 | Met Life | | 1229-000 | 6,131.18 | | 151,613.56 |
| | | PO Box 540 | | | | | |
| | | Warwick, RI 02886 | | | | | |
| 11/04/13 | 50 | Thomas Halperin | Settlement | 1249-000 | 175,000.00 | | 326,613.56 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 219.23 | 326,394.33 |
| 11/21/13 | 030002 | Fox, Swibel, Levin & Carroll LLP | Attoney's Fees per Court Order | 3210-601 | | 68,888.00 | 257,506.33 |
| | | 200 W. Madison Street | | | | | |
| | | Suite 3000 | | | | | |
| | | Chicago, IL 60606 | | | | | |
| 11/21/13 | 030003 | Fox, Swibel, Levin & Carroll LLP | Attoney's Expenes per Court Order | 3220-610 | | 8,547.01 | 248,959.32 |
| | | 200 W. Madison Street | | | | | |
| | | Suite 3000 | | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 17.05d

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 12-04931 -PSH | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CLC INDUSTRIES, INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0576 Checking Account |
| Taxpayer ID No: | *******7480 | | | |
| For Period Ending: | 05/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60606 | | | | | |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 410.95 | 248,548.37 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 369.52 | 248,178.85 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 368.99 | 247,809.86 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 332.78 | 247,477.08 |
| 04/01/14 | 030004 | International Sureties Ltd. | BOND | 2300-000 | | 218.13 | 247,258.95 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 367.92 | 246,891.03 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 355.31 | 246,535.72 |

| | Account *******0576 | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 4 | Deposits | 279,891.89 | 4 | Checks | 77,694.94 |
| | | 0 | Interest Postings | 0.00 | 20 | Adjustments Out | 4,084.88 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $ 279,891.89 | | | |
| | | | | | | Total | $ 81,779.82 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 1 | Transfers In | 48,423.65 | | | |
| | | | Total | $ 328,315.54 | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

LFORM2T4

Ver: 17.05d

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 12-04931 -PSH | | Trustee Name: | GINA B. KROL |
| Case Name: | CLC INDUSTRIES, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4399 BofA - Money Market Account |
| Taxpayer ID No: | *******7480 | | | |
| For Period Ending: | 05/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/06/12 | 1, 2 | CLC Industries | | 1129-000 | 48,700.00 | | 48,700.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 48,700.26 |
| * 07/19/12 | 2 | CLC Industries | | 1129-003 | 2,500.00 | | 51,200.26 |
| * 07/19/12 | 2 | CLC Industries | VOID<br>wrong amount | 1129-003 | -2,500.00 | | 48,700.26 |
| 07/19/12 | 2 | CLC Industries | | 1129-000 | 134.52 | | 48,834.78 |
| 07/26/12 | 000301 | Safeguard Storage<br>21 W 379 Lake Street<br>Addison, IL 60101 | Unit 3118 Storage 7/12 & 8/12 | 2410-000 | | 290.40 | 48,544.38 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.42 | | 48,544.80 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 63.91 | 48,480.89 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.38 | | 48,481.27 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 57.62 | 48,423.65 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 48,423.65 | 0.00 |

| Account *******4399 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 4 | Deposits | 48,834.52 | 1 | Checks | 290.40 |
| | 3 | Interest Postings | 1.06 | 2 | Adjustments Out | 121.53 |
| | | | | 1 | Transfers Out | 48,423.65 |
| | | Subtotal | $ 48,835.58 | | | |
| | | | | | Total | $ 48,835.58 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 48,835.58 | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

LFORM2T4

Ver: 17.05d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit B

| Case No: | 12-04931 -PSH | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | CLC INDUSTRIES, INC | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4399 BofA - Money Market Account |
| Taxpayer ID No: | *******7480 | | |
| For Period Ending: | 05/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Report Totals | | Balance Forward | 0.00 | | | |
| | | 8 | Deposits | 328,726.41 | 5 | Checks | 77,985.34 |
| | | 3 | Interest Postings | 1.06 | 22 | Adjustments Out | 4,206.41 |
| | | | | | 1 | Transfers Out | 48,423.65 |
| | | | Subtotal | $ 328,727.47 | | | |
| | | | | | | Total | $ 130,615.40 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 1 | Transfers In | 48,423.65 | | | |
| | | | Total | $ 377,151.12 | | Net Total Balance | $ 246,535.72 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 05/15/14

GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

LFORM2T4

Ver: 17.05d

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: May 29, 2014 |

Case Number: 12-04931  
Debtor Name: CLC INDUSTRIES, INC  
Claims Bar Date: 09/06/12  

Claim Class Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Chicago, IL 60602 | Administrative | | $19,686.37 | $0.00 | $19,686.37 |
| 2<br>999<br>6990-00 | Office of the United States Trustee<br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL 60604 | Administrative | | $650.00 | $0.00 | $650.00 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $259.93 | $259.93 | $0.00 |
| 1<br>040<br>5800-00 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $5,500.00 | $0.00 | $5,500.00 |
| 080<br>7300-00 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $1,068.00 | $0.00 | $1,068.00 |
| 3<br>070<br>7100-00 | Zurich American Insurance Company<br>Steven T. Whitmer<br>Locke Lord LLP<br>111 S. Wacker Dr.<br>Chicago, IL 60606 | Unsecured | | $585,261.38 | $0.00 | $585,261.38 |
| 4<br>070<br>7100-00 | Daniel Halperin<br>c/o Julie Johnston-Macey LLP<br>100 N. Riverside Plaza<br>Chicago, IL 60606 | Unsecured | | $14,000,000.00 | $0.00 | $14,000,000.00 |
| | Case Totals: | | | $14,612,425.68 | $259.93 | $14,612,165.75 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-04931 PSH
Case Name: CLC INDUSTRIES, INC
Trustee Name: GINA B. KROL

      Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses         $_____
    Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Office of the United States Trustee | $ | $ | $ |

    Total to be paid for prior chapter administrative expenses        $_____
    Remaining Balance                                            $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | $ | $ | $ |

    Total to be paid to priority creditors      $_____

    Remaining Balance      $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Zurich American Insurance Company Steven T. Whitmer Locke Lord LLP 111 S. Wacker Dr. Chicago, IL 60606 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA  19101-7346 | $ | $ | $ |

     Total to be paid to subordinated unsecured creditors    $_____

     Remaining Balance    $_____