UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| CLC INDUSTRIES, INC | § | Case No. 12-04931 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF BANKRUPTCY COURT
          KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/26/2014 in Courtroom 644,
          United States Courthouse
          219 S. Dearborn St.
          Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/05/2014          By: JEFFREY P. ALLSTEADT
                                              Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
CLC INDUSTRIES, INC § Case No. 12-04931
 §
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 328,727.47 |
| and approved disbursements of | $ 82,191.75 |
| leaving a balance on hand of[1] | $ 246,535.72 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 19,686.37 | $ 0.00 | $ 19,686.37 |
| Other: International Sureties Ltd. | $ 259.93 | $ 259.93 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 19,686.37 |
| Remaining Balance | | $ | 226,849.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Other: Office of the United States Trustee | $ 650.00 | $ 0.00 | $ 650.00 |
| Total to be paid for prior chapter administrative expenses | | $ | 650.00 |
| Remaining Balance | | $ | 226,199.35 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,500.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of Treasury | $ 5,500.00 | $ 0.00 | $ 5,500.00 |
| | Total to be paid to priority creditors | | | $ 5,500.00 |
| | Remaining Balance | | | $ 220,699.35 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 585,261.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 37.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Zurich American Insurance Company | $ 585,261.38 | $ 0.00 | $ 220,699.35 |
| | Total to be paid to timely general unsecured creditors | | | $ 220,699.35 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,068.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | Department of Treasury | $ 1,068.00 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                    United States Bankruptcy Court
                                    Northern District of Illinois
In re:                                                                     Case No. 12-04931-PSH
CLC Industries, Inc                                                        Chapter 7
           Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0752-1           User: mgonzalez              Page 1 of 2              Date Rcvd: Jun 06, 2014
                               Form ID: pdf006              Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2014.
db         +CLC Industries, Inc,   Registered Office:,   114 S. Bloomingdale Road,
             Bloomingdale, IL 60108-1239
aty        +Gina B. Krol,   Cohen and Krol,   105 W Madison St, Suite 1100,   Chicago, IL 60602-4600
18472643   #+American Arbitration Association,   13455 Noel Road,   Suite 1750,   Dallas, TX 75240-6842
19405886  +++Daniel Halperin,   Julie Johnston-Ahien,   Novack and Macey LLP,   100 N. Riverside Plaza,
             Chicago, IL 60606-1501
18472645    Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
18472646    Metropolitan Life Insurance Company,   PO Box 7250,   Johnstown, PA 15907-7250
18472647   +Novack & Macey LLP,   100 N Riverside Plaza,   Chicago, IL 60606-1501
18472648    Patrick Halperin,   2854 North Coca Plum Blve, #101,   Boca Raton, FL 33496
18472649   +Thomas Halperin,   433 Bruner Place,   Hinsdale, IL 60521-3030
18472650  +++Zurich American Insurance Company,   Steven T Whitmer Locke Lord LLP,   111 South Wacker Drive,
             Chicago, IL 60606-4302

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18472644       E-mail/Text: cio.bncmail@irs.gov Jun 07 2014 00:22:47    Department of Treasury,
                Internal Fevenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
19409921      +E-mail/Text: mjm@morrisroelaw.com Jun 07 2014 00:22:36    Morrisroe & Associates, Ltd.,
                114 S. Bloomingdale Rd.,   Bloomingdale, IL 60108-1239
18805104      +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jun 07 2014 00:23:12    Office of the U.S. Trustee,
                219 S. Dearborn St.,   Room 873,   Chicago, IL 60604-2027
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2014                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2014 at the address(es) listed below:
              Ashlee M Knuckey    on behalf of Creditor    Zurich American Insurance Company
               aknuckey@lockelord.com, chicagodocket@lockelord.com,cpaul@lockelord.com,swhitmer@lockelord.com
              E. Philip Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Elizabeth A. Bates    on behalf of Interested Party Thomas C Halperin ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth Gayle Peterson    on behalf of Trustee Gina B Krol egp5881@gmail.com,
               docket@fslc.com;bkdocket@fslc.com
              Elizabeth Gayle Peterson    on behalf of Creditor    Zurich American Insurance Company
               egp5881@gmail.com, docket@fslc.com;bkdocket@fslc.com
              Gina B Krol     gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
```

```
District/off: 0752-1           User: mgonzalez              Page 2 of 2                  Date Rcvd: Jun 06, 2014
                               Form ID: pdf006              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
          Julie A. Johnston-Ahlen    on behalf of Creditor Daniel  Halperin
           jjohnston-ahlen@novackandmacey.com,  mbianchi@novackmacey.com
          Margaret M Anderson    on behalf of Trustee Gina B Krol panderson@fslc.com,
           cjelks@fslc.com;bkdocket@fslc.com
          Margaret M Anderson    on behalf of Creditor    Zurich American Insurance Company
           panderson@fslc.com,  cjelks@fslc.com;bkdocket@fslc.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ryan T Schultz    on behalf of Trustee Gina B Krol rschultz@fslc.com,  bkdocket@fslc.com
          Teresa L. Einarson    on behalf of Debtor    CLC Industries, Inc teresaleinarson@outlook.com,
           terryeinarson@yahoo.com

                                                                                                                          TOTAL: 15