# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
CLC INDUSTRIES, INC § Case No. 12-04931 PSH
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

   4) This case was originally filed under chapter ___ on _____, and it was converted to chapter 7 on _____. The case was pending for ___ months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____     By: /s/GINA B. KROL _____
                                                                    Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Metropolitan Life Insurance Company PO Box 7250 Johnstown, PA 15907-7250 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| SAFEGUARD STORAGE | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| FOX, SWIBEL, LEVIN & CARROLL LLP | | | | | |
| FOX, SWIBEL, LEVIN & CARROLL LLP | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | | | | | |
| 1 | DEPARTMENT OF TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Arbitration Association 13455 Noel Road Suite 1750 Dallas, TX 75240 | | | | | |
| | Thomas Halperin 433 Bruner Place Hinsdale, IL 60521 | | | | | |
| 4 | DANIEL HALPERIN | | | | | |
| 3 | ZURICH AMERICAN INSURANCE COMPANY | | | | | |
| | DEPARTMENT OF TREASURY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-04931 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CLC INDUSTRIES, INC | | | Date Filed (f) or Converted (c): | 04/10/12 (c) |
| | | | | 341(a) Meeting Date: | 05/09/12 |
| For Period Ending: | 01/26/15 | | | Claims Bar Date: | 09/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 6,742.00 | 0.00 | | 6,742.00 | FA |
| 2. FINANCIAL ACCOUNTS | 42,776.00 | 0.00 | | 42,092.52 | FA |
| 3. SECURITY DEPOSITS | 10,000.00 | 0.00 | | 0.00 | FA |
| 4. INSURANCE POLICIES | 0.00 | 0.00 | | 3,760.71 | FA |
| 5. ACCOUNTS RECEIVABLE | 5,510.00 | 0.00 | | 0.00 | FA |
| 6. ACCOUNTS RECEIVABLE | 13,849.00 | 0.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE | 1,908.00 | 0.00 | | 0.00 | FA |
| 8. ACCOUNTS RECEIVABLE | 7,356.00 | 0.00 | | 0.00 | FA |
| 9. ACCOUNTS RECEIVABLE | 2,218.00 | 0.00 | | 0.00 | FA |
| 10. ACCOUNTS RECEIVABLE | 1,201.66 | 0.00 | | 0.00 | FA |
| 11. ACCOUNTS RECEIVABLE | 3,069.00 | 0.00 | | 0.00 | FA |
| 12. ACCOUNTS RECEIVABLE | 950.00 | 0.00 | | 0.00 | FA |
| 13. ACCOUNTS RECEIVABLE | 7,428.56 | 0.00 | | 0.00 | FA |
| 14. ACCOUNTS RECEIVABLE | 95.00 | 0.00 | | 0.00 | FA |
| 15. ACCOUNTS RECEIVABLE | 174.00 | 0.00 | | 0.00 | FA |
| 16. ACCOUNTS RECEIVABLE | 1,162.00 | 0.00 | | 0.00 | FA |
| 17. ACCOUNTS RECEIVABLE | 1,246.00 | 0.00 | | 0.00 | FA |
| 18. ACCOUNTS RECEIVABLE | 210.00 | 0.00 | | 0.00 | FA |
| 19. ACCOUNTS RECEIVABLE | 4,668.00 | 0.00 | | 0.00 | FA |
| 20. ACCOUNTS RECEIVABLE | 150.00 | 0.00 | | 0.00 | FA |
| 21. ACCOUNTS RECEIVABLE | 1,077.00 | 0.00 | | 0.00 | FA |
| 22. ACCOUNTS RECEIVABLE | 304.00 | 0.00 | | 0.00 | FA |
| 23. ACCOUNTS RECEIVABLE | 2,188.00 | 0.00 | | 0.00 | FA |
| 24. ACCOUNTS RECEIVABLE | 99,302.00 | 0.00 | | 0.00 | FA |
| 25. ACCOUNTS RECEIVABLE | 42,557.00 | 0.00 | | 0.00 | FA |
| 26. ACCOUNTS RECEIVABLE | 4,246.00 | 0.00 | | 0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 12-04931 | PSH | Judge: PAMELA S. HOLLIS | Trustee Name: | GINA B. KROL |
| Case Name: | CLC INDUSTRIES, INC | | | Date Filed (f) or Converted (c): | 04/10/12 (c) |
| | | | | 341(a) Meeting Date: | 05/09/12 |
| | | | | Claims Bar Date: | 09/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 27. ACCOUNTS RECEIVABLE | 3,277.00 | 0.00 | | 0.00 | FA |
| 28. ACCOUNTS RECEIVABLE | 2,037.00 | 0.00 | | 0.00 | FA |
| 29. ACCOUNTS RECEIVABLE | 23,440.00 | 0.00 | | 0.00 | FA |
| 30. ACCOUNTS RECEIVABLE | 32,143.00 | 0.00 | | 0.00 | FA |
| 31. ACCOUNTS RECEIVABLE | 30,193.00 | 0.00 | | 0.00 | FA |
| 32. ACCOUNTS RECEIVABLE | 4,171.00 | 0.00 | | 0.00 | FA |
| 33. ACCOUNTS RECEIVABLE | 610.00 | 0.00 | | 0.00 | FA |
| 34. ACCOUNTS RECEIVABLE | 1,455.00 | 0.00 | | 0.00 | FA |
| 35. ACCOUNTS RECEIVABLE | 80,928.00 | 0.00 | | 0.00 | FA |
| 36. ACCOUNTS RECEIVABLE | 625.00 | 0.00 | | 0.00 | FA |
| 37. ACCOUNTS RECEIVABLE | 5,458.00 | 0.00 | | 0.00 | FA |
| 38. ACCOUNTS RECEIVABLE | 191.00 | 0.00 | | 0.00 | FA |
| 39. ACCOUNTS RECEIVABLE | 1,206.00 | 0.00 | | 0.00 | FA |
| 40. ACCOUNTS RECEIVABLE | 1,759.00 | 0.00 | | 0.00 | FA |
| 41. ACCOUNTS RECEIVABLE | 680.00 | 0.00 | | 0.00 | FA |
| 42. ACCOUNTS RECEIVABLE | 507.00 | 0.00 | | 0.00 | FA |
| 43. ACCOUNTS RECEIVABLE | 647.00 | 0.00 | | 0.00 | FA |
| 44. ACCOUNTS RECEIVABLE | 1,859.00 | 0.00 | | 0.00 | FA |
| 45. ACCOUNTS RECEIVABLE | 150.00 | 0.00 | | 0.00 | FA |
| 46. ACCOUNTS RECEIVABLE | 2,266.00 | 0.00 | | 0.00 | FA |
| 47. CONTINGENT CLAIMS | 1,317.00 | 0.00 | | 0.00 | FA |
| 48. CONTINGENT CLAIMS | 100,000.00 | 0.00 | | 0.00 | FA |
| Chubb claim was settled as part of the Morroisroe claim | | | | | |
| 49. Claim against former attorney (u) | 0.00 | 95,000.00 | | 95,000.00 | FA |
| 50. Claims against former insiders (u) | 0.00 | 175,000.00 | | 175,000.00 | FA |
| 51. Life Insurance (u) | 6,131.18 | 6,131.18 | | 6,131.18 | FA |

Case 12-04931 Doc 97 Filed 02/20/15 Entered 02/20/15 15:13:28 Desc Main
Document Page 9 of 14

FORM 1

Page: 3

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 12-04931 PSH Judge: PAMELA S. HOLLIS | | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- | --- |
| Case Name: | CLC INDUSTRIES, INC | | | Date Filed (f) or Converted (c): | 04/10/12 (c) |
| | | | | 341(a) Meeting Date: | 05/09/12 |
| | | | | Claims Bar Date: | 09/06/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 52. REFUND | 0.00 | 111.00 | | 111.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.06 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $561,437.40 | $276,242.18 | | $328,838.47 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to submt TDR

October 16, 2014, 11:17 am

trustee has submitted TFR for review

May 15, 2014, 04:12 pm May 15, 2014, 04:12 pm

Initial Projected Date of Final Report (TFR): 12/31/12    Current Projected Date of Final Report (TFR): 12/31/14

          /s/    GINA B. KROL
_____ Date: 01/26/15
          GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-04931 -PSH | | Trustee Name: | GINA B. KROL |
| Case Name: | CLC INDUSTRIES, INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0576 Checking Account |
| Taxpayer ID No: | *******7480 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 48,423.65 | | 48,423.65 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.85 | 48,393.80 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.84 | 48,362.96 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.82 | 48,333.14 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.79 | 48,302.35 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.80 | 48,230.55 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 41.80 | 48,188.75 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.75 | 48,124.00 |
| 03/21/13 | 49 | Michael Morrisroe Ltd. | Claim against attorney | 1249-000 | 95,000.00 | | 143,124.00 |
| | | 114 S. Bloomingdale Rd. | | | | | |
| | | Bloomingdale, IL 60108 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 121.65 | 143,002.35 |
| 04/16/13 | 4 | METLIFE | | 1129-000 | 3,760.71 | | 146,763.06 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 208.42 | 146,554.64 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 217.88 | 146,336.76 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 210.55 | 146,126.21 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 217.26 | 145,908.95 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 216.93 | 145,692.02 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 209.64 | 145,482.38 |
| 10/21/13 | 51 | Met Life | | 1229-000 | 6,131.18 | | 151,613.56 |
| | | PO Box 540 | | | | | |
| | | Warwick, RI 02886 | | | | | |
| 11/04/13 | 50 | Thomas Halperin | Settlement | 1249-000 | 175,000.00 | | 326,613.56 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 219.23 | 326,394.33 |
| 11/21/13 | 030002 | Fox, Swibel, Levin & Carroll LLP | Attoney's Fees per Court Order | 3210-601 | | 68,888.00 | 257,506.33 |
| | | 200 W. Madison Street | | | | | |
| | | Suite 3000 | | | | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 18.03b

FORM 2 Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-04931 -PSH | | Trustee Name: | GINA B. KROL |
| Case Name: | CLC INDUSTRIES, INC | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0576 Checking Account |
| Taxpayer ID No: | *******7480 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/21/13 | 030003 | Fox, Swibel, Levin & Carroll LLP<br>200 W. Madison Street<br>Suite 3000<br>Chicago, IL 60606 | Attoney's Expenes per Court Order | 3220-610 | | 8,547.01 | 248,959.32 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 410.95 | 248,548.37 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 369.52 | 248,178.85 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 368.99 | 247,809.86 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 332.78 | 247,477.08 |
| 04/01/14 | 030004 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 218.13 | 247,258.95 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 367.92 | 246,891.03 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 355.31 | 246,535.72 |
| 06/26/14 | 52 | Fox, Swibel, Levin & Carroll LLP | | 1290-000 | 111.00 | | 246,646.72 |
| 06/26/14 | 030005 | Gina B. Krol<br>105 W. Madison St.<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fees per Court Order | 2100-000 | | 19,686.37 | 226,960.35 |
| 06/26/14 | 030006 | Office of the United States Trustee<br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL 60604 | Final Distribution | 6990-000 | | 650.00 | 226,310.35 |
| 06/26/14 | 030007 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Final Distribution | 5800-000 | | 5,500.00 | 220,810.35 |
| 06/26/14 | 030008 | Zurich American Insurance Company<br>Steven T. Whitmer<br>Locke Lord LLP<br>111 S. Wacker Dr. | Final Distribution | 7100-000 | | 220,810.35 | 0.00 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-04931 -PSH | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CLC INDUSTRIES, INC | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0576  Checking Account |
| Taxpayer ID No: | *******7480 | | |
| For Period Ending: | 01/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60606 | | | | | |

| Account *******0576 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 5 | Deposits | 280,002.89 | 8 | Checks | 324,341.66 |
| | 0 | Interest Postings | 0.00 | 20 | Adjustments Out | 4,084.88 |
| | | Subtotal | $ 280,002.89 | 0 | Transfers Out | 0.00 |
| | | | | | Total | $ 328,426.54 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 48,423.65 | | | |
| | | Total | $ 328,426.54 | | | |

LFORM2T4

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 18.03b

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-04931 -PSH | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CLC INDUSTRIES, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4399 BofA - Money Market Account |
| Taxpayer ID No: | *******7480 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/12 | 1, 2 | CLC Industries | | 1129-000 | 48,700.00 | | 48,700.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.26 | | 48,700.26 |
| * 07/19/12 | 2 | CLC Industries | | 1129-003 | 2,500.00 | | 51,200.26 |
| * 07/19/12 | 2 | CLC Industries | VOID | 1129-003 | -2,500.00 | | 48,700.26 |
| | | | wrong amount | | | | |
| 07/19/12 | 2 | CLC Industries | | 1129-000 | 134.52 | | 48,834.78 |
| 07/26/12 | 000301 | Safeguard Storage | Unit 3118 Storage 7/12 & 8/12 | 2410-000 | | 290.40 | 48,544.38 |
| | | 21 W 379 Lake Street | | | | | |
| | | Addison, IL 60101 | | | | | |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.42 | | 48,544.80 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 63.91 | 48,480.89 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.38 | | 48,481.27 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 57.62 | 48,423.65 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 48,423.65 | 0.00 |

| Account *******4399 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 4 | Deposits | 48,834.52 | 1 | Checks | 290.40 |
| | 3 | Interest Postings | 1.06 | 2 | Adjustments Out | 121.53 |
| | | | | 1 | Transfers Out | 48,423.65 |
| | | Subtotal | $ 48,835.58 | | | |
| | 0 | Adjustments In | 0.00 | | Total | $ 48,835.58 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 48,835.58 | | | |

Page: 5

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-04931 -PSH | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CLC INDUSTRIES, INC | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4399 BofA - Money Market Account |
| Taxpayer ID No: | *******7480 | | | |
| For Period Ending: | 01/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | | | |
| 9 | Deposits | 328,837.41 | 9 | Checks | 324,632.06 |
| 3 | Interest Postings | 1.06 | 22 | Adjustments Out | 4,206.41 |
| | | | 1 | Transfers Out | 48,423.65 |
| | Subtotal | $ 328,838.47 | | | |
| | | | | Total | $ 377,262.12 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 48,423.65 | | | |
| | Total | $ 377,262.12 | | Net Total Balance | $ 0.00 |

/s/ GINA B. KROL

Trustee's Signature: _____ Date: 01/26/15

GINA B. KROL